# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3229
_____

United States of America

*Plaintiff - Appellee*

v.

Adrian Lamar Weems

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: March 5, 2024
Filed: March 8, 2024
[Unpublished]
_____

Before BENTON, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

After violating the conditions of supervised release for the third time, Adrian Weems received a 22-month prison sentence. His counsel, who seeks permission to withdraw, suggests the sentence is substantively unreasonable.

We conclude otherwise. *See United States v. Clark*, 998 F.3d 363, 367 (8th Cir. 2021) (reviewing a revocation sentence for an abuse of discretion). The record

shows that the district court[1] sufficiently considered the statutory sentencing factors, 18 U.S.C. §§ 3553(a), 3583(e)(3), and did not rely on an improper factor or commit a clear error of judgment, despite varying upward from the recommended sentencing range. *See Clark*, 998 F.3d at 369–70. We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.